UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TIMOTHY DEMPSEY,**<br>    Plaintiff,<br><br>v.<br><br>**LESLIE MORE, et al.,**<br>    Defendants. | Case No. 2:22-cv-262-CLM-SGC |

## MEMORANDUM OPINION

The magistrate judge entered a report recommending that the court dismiss this case without prejudice for failure to prosecute. (Doc. 3). The magistrate judge advised the plaintiff of his right to file written objections within 14 days. But the court hasn't received any objections.

Having considered the record and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court will dismiss this case without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

**Done** on July 22, 2022

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE